# United States District Court

-------------------------- DISTRICT OF KANSAS--------------------------

JASON ZERBE, MARK MASTERSON,
and JESSICA ABEL,

      Plaintiffs,

      v.

IMA FINANCIAL GROUP, INC.,

      Defendant.

Case No. 2:24-cv-02026-HLT-GEB

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

    Pursuant to the Memorandum and Order (Doc. 31), Plaintiff's claims are dismissed without prejudice under Rule 12(b)(1) for lack of subject-matter jurisdiction. This case is closed.

    IT IS SO ORDERED.

SKYLER O'HARA
CLERK OF THE COURT

Dated: August 6, 2024          */s/  M. Deaton*
                              By Deputy Clerk